**Harry Walter McCUTCHEON, Appellant,**

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.**

No. 23752.

United States Court of Appeals
Fifth Circuit.

Nov. 21, 1966.

Sam R. Wilson, Asst. Atty. Gen., Houston, Tex., Waggoner Carr, Atty. Gen. of Texas, Hawthorne Phillips, First Asst. Atty. Gen., T. B. Wright, Executive Asst. Atty. Gen., Howard M. Fender, Lonny F. Zwiener, Asst. Attys. Gen., Austin, Tex., for appellee.

Before JONES, WISDOM and GOLDBERG, Circuit Judges.

PER CURIAM.

The appellant seeks a reversal of an order denying his application for habeas corpus relief from a state court conviction and sentence. The district court correctly held that no violation of a Federally protected right was shown. The order of the district court is

Affirmed.

**Mrs. D. E. MILTON and Marjorie Milton, Appellants,**

v.

**Jim LINE, Sheriff, Appellee.**

No. 22932.

United States Court of Appeals
Fifth Circuit.

Dec. 1, 1966.

A. J. Robinson, Robinson & Fotheringham, Amarillo, Tex., for appellants.

Joe Harlan, Max R. Sherman, Gibson, Ochsner, Harlan, Kinney & Morris, Amarillo, Tex., for appellee.

Before TUTTLE, Chief Judge, and JONES and GEWIN, Circuit Judges.

PER CURIAM.

We have carefully considered the record in connection with the judgment of dismissal of this action by the trial court for want of Federal Court jurisdiction.

The judgment was right. It is, therefore,

Affirmed.